NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3116

GABRIEL MAIKA'I DELAPENIA,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. SF0752090980-I-1.

ON MOTION

ORDER

Gabriel Maika'i Delapenia moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 29 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gabriel Maika'i Delapenia
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 29 2010

JAN HORBALY
CLERK